01
02
03
04
05
06
07
08
09
10
11
12
13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CYNTHIA L. GREENE,                    )    Case No. C07-279-RAJ-JPD
                                      )
              Plaintiff,              )
                                      )    ORDER DISMISSING CASE
       v.                             )
                                      )
                                      )
MICHAEL J. ASTRUE, Commissioner       )
of Social Security Administration,    )
                                      )
              Defendant.              )
_____ )

14    The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all

15    papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

16    the Honorable James P. Donohue, United States Magistrate Judge, Plaintiff's objections to the

17    Report and Recommendation, and the balance of the record, does hereby find and ORDER:

18        (1)    The Court adopts the Report and Recommendation.

19        (2)    The final decision of the Commissioner is AFFIRMED, and this case is

20    DISMISSED with prejudice.

21        (3)    The Clerk of Court is directed to send copies of this Order to the parties and to

22    Judge Donohue.

23    DATED this 22nd day of February, 2008.

24

25    _____
      The Honorable Richard A. Jones
26    United States District Judge

ORDER DISMISSING CASE
PAGE -1